E-SERVED
03/12/04
09:58 AM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431
(MJD/JGL)

This Document Relates To:

ILSE LEHMANN and FELIX LEHMANN,

Plaintiffs,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, GLAXOSMITHKLINE plc, individually and as successor in interest to SMITHKLINE BEECHAM PLC and SMITH KLINE BEECHAM CORPORATION,

Defendants.

Case No. 02-180 (MJD/JGL)

Originated EDPA 01-CV-5324

**EXPEDITED MOTION FOR SUGGESTION OF REMAND OR, IN THE ALTERNATIVE, FOR EXPEDITED TRIAL BEFORE THE MDL COURT BY DESIGNATION**

TO THE HONORABLE COURT:

Plaintiffs Ilse Lehmann and Felix Lehmann, by and through their counsel, respectfully move this Court, sitting by designation of the MDL Panel pursuant to 28 U.S.C. § 1407, for an Order suggesting to the Multidistrict Litigation ("MDL") Panel that this matter be remanded to the originating jurisdiction, the Eastern District of Pennsylvania, for an expedited trial date or, in the alternative by permitting expedited trial by designation.

E-SERVED
03/12/04
09:58 AM ET
Baycol MDL 1431

1. Plaintiff Ilse Lehmann, age 80, and her Spouse Plaintiff, Felix Lehmann, seek an expedited resolution of this matter.

2. Plaintiff Ilse Lehmann makes personal injury claims of rhabdomyolysis and residual damages as a result of her ingestion of Baycol during the Spring and Summer of 2000.

3. Pursuant to this Court's Pre-Trial Orders regarding discovery, Plaintiffs have provided answers to the Plaintiff Fact Sheets, and have produced authorizations for medical records and pharmacy records as requested by Defendants.

4. Plaintiffs seek this Honorable Court's intervention that all discovery specific to their case may be completed as quickly as possible so that this case may be ready for trial. Or, in the alternative, Plaintiffs request that this Court set a schedule for expedited case specific discovery to be conducted during the period between this motion and the remand of this matter to the originating court.

5. Plaintiffs request that this Court suggest to the MDL Panel that this matter be remanded to the originating jurisdiction for trial as expeditiously as possible in light of Plaintiffs' age and infirmity.

6. Plaintiffs' claims have been pending since October 19, 2001 and request this Court's intervention so that their case may be resolved by trial on the merits.

7. Plaintiffs request that the Court set a schedule for the exchange of case specific expert reports and depositions in this matter, together with a briefing schedule on all pertinent motions to be determined by this Court, or in the alternative, by the originating court.

WHEREFORE, Plaintiffs seek that this matter be remanded, through suggestion of this Court, to the originating court for an expedited trial because of Plaintiffs' age and

E-SERVED
03/12/04
09:58 AM ET
Baycol MDL 1431

infirmity. Or, in the alternative, Plaintiffs respectfully move that this Court sit by designation at an expedited trial of this matter.

Dated: March 12, 2004

Respectfully submitted,

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

By: */s/ Signature on File*
Wendy R. Fleishman

780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
275 Battery Street, 30th Floor
San Francisco, CA 9411-3339
Telephone: (415) 956-1000

RODA & NAST
Dianne Nast
Michael G. Nast
801 Estelle Drive
Lancaster, PA 17601

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Wendy R. Fleishman, certify that a true and correct copy was electronically served to counsel of record via Verilaw on March 12, 2004.

*/s/ Signature on File*
Wendy R. Fleishman