E-SERVED
08/04/04
01:18 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431
(MJD/JGL)

This Document Relates To:

ILSE LEHMANN and FELIX LEHMANN,

Plaintiffs,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, GLAXOSMITHKLINE plc, individually and as successor in interest to SMITHKLINE BEECHAM PLC and SMITH KLINE BEECHAM CORPORATION,

Defendants.

Case No. 02-180 (MJD/JGL)

Originated EDPA 01-CV-5324

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 30(a)(1), Plaintiffs, by their attorneys, demand that Bayer Corp. produce at a deposition on Wednesday, September 22, 2004, at 10:00 a.m. at the offices of Zimmerman Reed, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, the sales representative most knowledgeable about detailing and sales of Baycol to Dr. Tenenbaum in the time period from 1999 through 2001 at Columbia Presbyterian Hospital in New York, New York.

E-SERVED
08/04/04
01:18 PM ET
Baycol MDL 1431

**PLEASE TAKE FURTHER NOTICE**, that the representative is to bring with him or her any and all documents having to do with materials that the representative used, prepared, utilized, handed out, memorialized, and/or described in any and all meetings, telephone calls, conferences or contacts with Dr. Tenenbaum or his colleagues, staff and assistants at Columbia Presbyterian Hospital during the aforementioned time period having to do with Baycol.

**PLEASE ALSO TAKE FURTHER NOTICE**, that the deposition shall be videotaped and transcribed, and shall proceed from day to day until concluded.

Dated: August 4, 2004

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: *\/s/ Signature on File*
Wendy R. Fleishman

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Fl.
New York, NY 10017-2023
Telephone: (212) 355-9500

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Wendy R. Fleishman, certify that a true and correct copy was electronically served to counsel of record via Verilaw on August 4, 2004.

*/s/ Signature on File*
Wendy R. Fleishman