UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*Ovidiu Pasternak v. Bayer Corp., et al.* Case No. 02-3902
*Ilse Lehmann, et al. v. Bayer AG, et al.* Case No. 02-0180

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the above-entitled actions may be and are hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: 7/5/07

Wendy R. Fleishman
Annika K. Martin
Lieff Cabraser Heinmann & Bernstein, LLP
780 Third Ave., 48th Floor
New York, NY 10017-2024
(212) 355-9500

*Counsel for Plaintiffs*

SCANNED
JUL 13 2007
U.S. DISTRICT COURT MPLS

Dated: 7-05-07

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

Dated: 7-05-07

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned actions are dismissed with prejudice.

DATED: JUL 13 2007

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Pasternak,* No. 02-3902
*Lehmann,* No. 02-0180